IN THE UNITED STATES DISTRICT COURT **RECEIVED**
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION    2025 AUG 11  P 12: 59

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Glendora Dvine ,          )
_____ ,      )
                          )
Plaintiff(s),             )
                          )
    v.                    )    CASE NO. 2:25-CV-00579-ECM-KFP
YesCare Corp ,            )
_____ ,      )
                          )
Defendant(s)              )

## DISCLOSURE STATEMENT
### UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE
### (AMENDED EFFECTIVE 12/31/2022) AND LOCAL RULE 7.1

Comes now Glendora Dvine , a Plantiff in the above captioned case.

1.    Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

☒  No.

☐  Yes, and

These parent corporations and publicly held corporations own 10% or more of the filer's shares:

_____ N/A _____

_____

_____

☑  The filer has no parent corporation.

☐  No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    No. If the answer is No to Question 2., do not answer the questions in subparts a., b., c., d., e., and f. below and proceed to Question 3.

    Yes, and this is a complete list of the name and citizenship of each individual or entity whose citizenship is attributed to the filer:

| NAME | TITLE/RELATIONSHIP | CITIZENSHIP |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer is a limited liability company or other unincorporated entity?

    No.

    Yes, and the filer has identified in 2. above each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

    No.

    Yes, and the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

    No.

    Yes, and the filer has identified in 2. above the citizenship in accord with § 1332(c)(1).

d.   Is the filer a legal representative of an infant, an incompetent, or the estate of a decedent?

   No.

   Yes, and the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.   Has the filer identified any corporation?

   No.

   Yes, and for each, the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.   Has the filer identified any natural person?

   No.

   Yes, and for each, the filer has identified in 2. above citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.   Is there any other individual or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

   ☒ No.

   Yes. These additional individuals and entities have or might have an interest in the outcome of the action:

| NAME | TITLE/RELATIONSHIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

4.  Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ✗    No.

    ☐    Yes, and this is the entity or entities:

| NAME | TITLE/RELATIONSHIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

5.  Is this a bankruptcy appeal?

    ✗    No.

    ☐    Yes, and the debtor(s) is/are:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

    ☐    Yes, and the members of the creditors' committee are:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

6. Is there an additional entity likely to actively participate in this action?

   ✗ No.

   Yes, and this is the entity is:

   | NAME | TITLE |
   |------|-------|
   |      |       |
   |      |       |

7. Does the filer certify that, (a) except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, (b) the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict, and (c) the filer will file a supplemental statement upon any change in the information provided in this Disclosure Statement?

   ✗ Yes.

   Respectfully submitted,
   _Glendora Dune_
   Date _8/4/2025_

## CERTIFICATE OF SERVICE

I certify that this Disclosure Statement was electronically filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

_____

_____

Conventionally Served:

_____

_____

Respectfully submitted,

_____

Date _____

Glendora Drive
3204 1st Ave
A325
Columbus, GA
31904

ATLANTA GA RPDC 302
7 AUG 2025 PM 3 L



FOREVER / USA

United States District Court
Office of the Clerk
One Church Street Room B-110
Montgomery Alabama
36104

36104-401801