IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GLENDORA DVINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-579-ECM |
| | ) | |
| YESCARE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 29, 2025, the Magistrate Judge entered a Recommendation (doc. 13) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 13) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 7) is DENIED;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 20th day of October, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE