## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | |
|---|---|
| **GLENDORA DVINE,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **CIVIL ACTION NO.:** |
| | ) **2 :25-cv-579-ECM-KFP** |
| **YESCARE CORP.,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>MOTION TO WITHDRAW AS COUNSEL FOR CHS AL, LLC</u>

COMES NOW the below-signed counsel, from the law firm of Rushton, Stakely, Johnston & Garrett, P.A., and moves this Court to permit the attorneys of record for CHS AL, LLC to withdraw from this matter and for cause would show to the Court as follows:

CHS AL, LLC has recently been terminated from its contract with the Alabama Department of Corrections. CHS AL, LLC is indebted to the law firm of Rushton, Stakely, Johnston & Garrett, P.A., and has not paid any legal fees since January 31, 2025.

The below-signed counsel has been informed by the general counsel for CHS AL, LLC, Scott King, that CHS AL, LLC does not have the resources to pay any legal invoices currently owed nor does it have any financial resources at this

1

juncture to pay any legal expenses going forward. The below-signed counsel, at the law firm of Rushton, Stakely, Johnston & Garrett, P.A., cannot continue to move forward with the representation of CHS AL, LLC in this matter.

Wherefore, premises considered, the below-signed counsel and the law firm of Rushton, Stakely, Johnston & Garrett, P.A., respectfully moves this Court to permit it to withdraw from the representation of CHS AL, LLC in this matter.

Respectfully submitted,

/s/ Philip G. Piggott
PHILIP G. PIGGOTT (ASB-4379-P67P)
E-mail: ppiggott@rushtonstakely.com
RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
1901 6th Avenue North
Suite 1000
Birmingham, AL 35203
Telephone: 205-443-2769
Facsimile: 334-262-6277
Attorney for Defendants

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all parties of record:

Glendora Dvine
3201 1st Avenue
#A325
Columbus, GA 31904

s/*Philip G. Piggott*
OF COUNSEL